ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company d/b/a State Farm*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOEL MATTHEW RAND, an individual, | Case No.: 2:25-cv-00925-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign business entity, D/B/A STATE FARM; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff JOEL MATTHEW RAND ("Plaintiff"), by and through his counsel, GAZDA & TADAYON, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's

///
///
///
///
///
///

163084708.1

claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 11 day of December, 2025.

GAZDA & TADAYON

_____
LEWIS GAZDA
Nevada Bar No. 4269
AFSHIN TADAYON
Nevada Bar No. 6517
2600 S. Rainbow Boulevard, Suite 200
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this 12th day of December, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Francis A. Arenas
_____
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company d/b/a State Farm*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: December 15, 2025

163084708.1

2